

RECEIVED
NOV 19 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**DENNIS BAKER**                                   **CIVIL ACTION NO. 1:09CV882**

**VERSUS**                                            **JUDGE DRELL**

**WARDEN, ALLEN CORRECTIONAL**         **MAGISTRATE JUDGE KIRK**
**CENTER**

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

_X_   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _ALEXANDRIA_, Louisiana, this _19th_ Day of _November_ 2010.

_____
Dee D. Drell
UNITED STATES DISTRICT JUDGE